**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| APRIL L. MILLER, | ) | |
| | ) | Case No.                3:14-cv-01027 |
| Plaintiff, | ) | |
| | ) | Judge:                Kevin H. Sharp |
| v. | ) | |
| | ) | Magistrate Judge:        E. Clifton Knowles |
| AMEDISYS TENNESSEE, L.L.C., also | ) | |
| known as AMEDISYS HOME HEALTH | ) | **JURY DEMANDED** |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff April L. Miller, through her undersigned attorney, stipulates and agrees that Defendant Amedisys Tennessee, LLC a/k/a Amedisys Home Health in the above-captioned matter shall be dismissed as to *all* claims, with prejudice, each party to bear their own costs and attorneys' fees.


Dated: January 6, 2015

By: s/ David L. Cooper

Attorney for Plaintiff
Law Offices of David L. Cooper
208 Third Avenue North
Suite 300
Nashville, Tennessee 37201


**CERTIFICATE OF SERVICE**

I certify that on January 6, 2015, the foregoing pleading was electronically filed using the Court's CM/ECF system, which served the same on all parties of record.


s/ David L. Cooper

1

FPDOCS 30319135.1

2

FPDOCS 30319135.1