IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APRIL MILLER ) | |
| ) | **Case No. 3:14-1027** |
| v. ) | **JUDGE SHARP** |
| ) | |
| AMEDISYS TENNESSEE, L.L.C. ) | |
| ) | |

**O R D E R**

Pursuant to the Stipulation for Dismissal with Prejudice (Docket No. 28) filed by the plaintiff, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE